IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:15-CV-00275-RWS |
| | § | |
| KFL INTERACTIVE, LLC | § | |
| D/B/A LEVELTWO ADVERTISING | § | |
| | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Quest NetTech Corporation voluntarily dismisses Defendant KFL Interactive, LLC d/b/a LevelTwo Advertising without prejudice. Plaintiff has not served the summons and complaint in this action and Defendant has not filed its answer or served a motion for summary judgment. For these reasons, Plaintiff seeks to dismiss its lawsuit against Defendant without prejudice and without the necessity of an order from the Court.

Dated: March 13, 2015.    Respectfully submitted,

*/s/ Deron R. Dacus*
DERON R. DACUS
State Bar No. 00790553
ddacus@dacusfirm.com
PETE KERR
State Bar No. 24076478
pkerr@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
903/705-1117
Fax - 903/581-2543

***ATTORNEYS FOR PLAINTIFF QUEST NETTECH CORPORATION***